NEW-YORK,
Nov. 1810.

COBB
v.
WILLIAMS.

In an action on a promise to deliver a quantity of boards, at a certain time and place, the defendant pleaded that he had the boards at the time and place, ready, &c. and it was proved, that boards of sufficient quantity and quality were at the place at the time, but the witness did not know to whom they belonged. It was held, that the plaintiff was entitled to recover.

COBB *against* WILLIAMS.

IN error, on *certiorari*, from a justice's court.

*Williams* brought an action against *Cobb*, before the justice, and declared on a note given him by the defendant, whereby he promised to pay to the plaintiff, 3,200 feet of boards, on or before the 1st of *March*, 1809, to be delivered at the mill of *Fuller & Cobb*. The defendant admitted the note, and pleaded, that the boards were ready at the time and place, and still were ready. The defendant proved, that boards sufficient in quality and quantity, were at the mill when the note was due, but the witness did not know to whom they belonged. It was proved, that at the time of the trial, the defendant had boards there sufficient. The justice gave judgment for the plaintiff, for the amount of the note.

*Per Curiam.* The defendant below put the cause upon the issue of a performance on his part, and he failed in proving it. Proving that boards were at the mill, without showing that they were his, was proving nothing; there was no other question raised at the trial, and the judgment must be affirmed.

Judgment affirmed.(*a*)

(*a*) See *Newton* v. *Galbraith*, (5 *Johns. Rep.* 119.)